

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Modesta Lopez | Civil Action No.   23-cv-00420-KSC |
| **Plaintiff,** | |
| V. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The final decision of the Commissioner is VACATED and the matter is REMANDED for further proceedings consistent with this Order. Final judgment is in favor of plaintiff and case is closed. The entry of judgment will begin the running of the thirty-day period for which plaintiff, as the prevailing party, may make a timely application for attorneys' fees under the Equal Access to Justice Act. See 28 U.S.C. § 2412(d)(1)(B); Akopyan v. Barnhart, 296 F.3d 852, 854 (9th Cir. 2002

Date:    10/20/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  L. Sotelo

L. Sotelo, Deputy